UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COLLINS AND RUBY COLLINS,<br><br>Plaintiffs,<br><br>vs.<br><br>TEAMSTERS BENEFIT TRUST, LIPMAN INSURANCE ADMINSTRATORS, INC., AND TEAMSTERS, LOCAL 853,<br><br>Defendants. | Case No.: 12-CV-02984-YGR<br><br>**ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND CONTINUING HEARING** |

The Court previously granted an extension of time for Plaintiffs to respond to the pending motion to dismiss because Plaintiffs were under a mandatory evacuation order. (Dkt. No. 18.) The Court is informed that Plaintiffs have or will be permitted to return to their home today. Pursuant to Dkt. No. 18, Plaintiffs must file and serve their opposition by August 29, 2012. Defendants must file and serve their reply by September 5, 2012. No further notification by the parties is required pursuant to Dkt. No. 18.

The hearing scheduled for September 18, 2012 is hereby **CONTINUED** until October 2, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**