**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD COLLINS & RUBY COLLINS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TEAMSTERS BENEFIT TRUST,** *et al.***,**<br><br>Defendants. | **Case No.: 12-CV-2984 YGR**<br><br>**ORDER STRIKING DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

Defendants have filed a "Motion for Attorney's Fees" (Dkt. No. 46), which is currently set for hearing on March 25, 2014. The Court hereby **STRIKES** the Motion as not in compliance with Local Rule 54-5. Pursuant to the Local Rule, any motion for attorney's fees must be supported by a declaration or affidavit containing a statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion. L.R. 54-5(b)(1). If no such conference was held, the party filing the motion must provide a certification that counsel made a good faith effort to arrange such a conference. (*Id*.) Defendants' Motion contains no such statement.

The Clerk shall **STRIKE** Docket Number 46 from the record.

**IT IS SO ORDERED**.

Dated: February 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**